**\*\* E-filed June 2, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO VASQUEZ, et al., | No. C11-01701 HRL |
| Plaintiffs, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | |
| HOME LOAN SERVICES, et al., | |
| Defendants. | |

This civil case was randomly assigned to this Court for all purposes including trial. On April 29, 2011, Defendants filed two separate motions to dismiss. Docket Nos. 4, 6. On May 24, 2011, pursuant to this District's Civil Local Rule 73-1, this Court instructed all parties who had not done so to file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge, no later than June 1, 2011. Docket No. 9. As only some of Defendants have consented, and neither of Plaintiffs have done so, this Court ORDERS the Clerk of the Court to reassign this case to a district court judge. All current dates and deadlines, including the June 14, 2011 hearing on Defendants' motions, are VACATED.

**IT IS SO ORDERED.**

Dated: June 2, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-01701 HRL Notice will be electronically mailed to:**

Gwen Heather Ribar          gribar@wrightlegal.net
Richard Scott Sontag        richard@rswlaw.net

**Notice will be provided by other means to:**

Francisco Vasquez
PO Box 420
Salinas, CA 93905

Jose Vasquez
Po Box 420
Salinas, CA

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**