**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO VASQUEZ, ET AL., | NO. C 11-01701 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| HOME LOAN SERVICES INC., | |
| Defendant(s). | |

On June 8, 2011, the Court denied Plaintiff Jose Vasquez's Motion to Proceed *in forma pauperis* and ordered Francisco Vasquez and Jose Vasquez ("Plaintiffs") to pay the filing fee within 30 days or the action would be dismissed without prejudice. Thirty-four days have passed since the Court's order. Plaintiffs have not paid the filing fee as required. Accordingly, the Court dismisses the case without prejudice and directs the clerk to close the file.

**IT IS SO ORDERED.**

Dated: July 12, 2011

EDWARD J. DAVILA
United States District Judge

1
NO. C 11-01701 EJD
ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

**Francisco Vasquez**
PO Box 420
Salinas, CA 93905
805-450-7214

**Jose Vasquez**
Po Box 420
Salinas, CA
805-450-7214

**Dated:  July 12, 2011**                              **Richard W. Wieking, Clerk**

                                                                    **By:      /s/ EJD Chambers**
                                                                           **Elizabeth Garcia**
                                                                           **Courtroom Deputy**

NO. C 11-01701 EJD
ORDER DISMISSING CASE WITHOUT PREJUDICE