1
2
3
4
5
6
7                     IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   FRANCISCO VASQUEZ, ET AL.,              NO. CV 11-01701 EJD

11            Plaintiff(s),                  **ORDER TERMINATING: (1)**
        v.                                   **APPLICATION FOR DEFAULT**
12                                           **JUDGMENT; (2) CONSENT TO**
     HOME LOAN SERVICES INC.,                **PROCEED BEFORE MAGISTRATE**
13                                           **JUDGE; (3) REQUEST TO HAVE PACER**
            Defendant(s).                    **NUMBER ASSIGNED; AND (4) MOTION**
14   _____/      **OPPOSING OBJECTION**

15

16        On July 12, 2011, the Court dismissed this case without prejudice and directed the clerk to

17   close the file.  (See Docket Item No. 27, hereafter "Dismissal".)  That same day, the clerk of the

18   court terminated and closed the case.  (See Docket.)

19        Despite the Court's Dismissal and closure of the case, Plaintiffs filed the following

20   documents before the Court, requesting various forms of relief:

21
22

| Filing Date | Docket Item No. | Title of Motion |
|---|---|---|
| 07/20/2011 | 33 | Default Judgment as to defendant Kathleen Jackson by Francisco Vasquez, Jose Vasquez |
| 09/07/2011 | 50 | Consent to Proceed Before a US Magistrate Judge and [Proposed] Order |
| 09/07/2011 | 51 | Letter from Francisco Vasquez requesting court to intervene to consider having the pacer assigned |

27

28                                          1
     NO. CV 11-01701 EJD
     ORDER TERMINATING: (1) APPLICATION FOR DEFAULT JUDGMENT; (2) CONSENT TO PROCEED BEFORE
     MAGISTRATE JUDGE; (3) REQUEST TO HAVE PACER NUMBER ASSIGNED; AND (4) MOTION OPPOSING
     OBJECTION

**United States District Court**
For the Northern District of California

| 09/07/2011 | 52 | Motion opposing the Objection dated 9/6/11 to subpoena to produce documents |

**The Court considers this case closed as of July 12, 2011.  Thus, the Court will terminate all motions or other requests for relief unless and until this case is re-opened by further order of this Court or the Court of Appeals.**[1]

Each of Plaintiffs' pending requests for relief was untimely filed *after* this case was dismissed and closed, and is therefore improperly before the Court.  Accordingly, the Court:

1) TERMINATES Default Judgment as to defendant Kathleen Jackson by Francisco Vasquez, Jose Vasquez (Docket Item No. 33);

2) TERMINATES Consent to Proceed Before a US Magistrate Judge and [Proposed] Order (Docket Item No. 50);

3) TERMINATES Letter from Francisco Vasquez requesting court to intervene to consider having the pacer assigned (Docket Item No. 51); and

4) TERMINATES Motion opposing the Objection dated 9/6/11 to subpoena to produce documents (Docket Item No. 52).

**IT IS SO ORDERED.**

Dated:  September 13, 2011

EDWARD J. DAVILA
United States District Judge

_____

[1]  On July 13, 2011 and August 11, 2011, Plaintiffs filed Notices of Appeal regarding the Court's Dismissal.  (See Docket Item Nos. 28 and 42.)

2

NO. CV 11-01701 EJD
ORDER TERMINATING: (1) APPLICATION FOR DEFAULT JUDGMENT; (2) CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE; (3) REQUEST TO HAVE PACER NUMBER ASSIGNED; AND (4) MOTION OPPOSING OBJECTION

United States District Court

For the Northern District of California